# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00111-CR
## NO. 03-06-00112-CR

### Ex parte Reymundo Moreno

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NOS. 06-022-K26 & 06-060-C26,
### HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's motion to dismiss these companion appeals is granted. *See* Tex. R. App.

P. 42.2(a). The appeals are dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed on Appellant's Motion

Filed:   May 31, 2006

Do Not Publish